**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

STUART LEE
ADC #113076                                                                                                   PLAINTIFF

V.                                          5:06V00272 JLH/JTR

LARRY NORRIS, Director,
Arkansas Department of Correction, et al.                                             DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.    The Motions to Dismiss (docket entries #16, #26, and #27) are GRANTED IN PART AND DENIED IN PART, such that:

   a.    Defendant Norris is DISMISSED, WITHOUT PREJUDICE, and

   b.    Defendant Parker is DISMISSED, WITH PREJUDICE.

2.    Pursuant to the screening function mandated by 28 U.S.C. § 1915A, Defendant Mobley is DISMISSED, WITHOUT PREJUDICE, and Defendants Cameron, Dunlop, Frupel, and Edwards are DISMISSED, WITH PREJUDICE.

3.    Plaintiff shall proceed with his Fifth Amendment claims against Defendants Smith, Ramick, and Wright.

4.  The Clerk is directed to prepare a summons for Defendant Wright, and the U.S. Marshal is directed to serve the summons, the Complaint (docket entry #2), the Amended Complaint (docket entry #5), and the Second Amended Complaint (docket entry #24) on her through the ADC Compliance Division, without prepayment of fees and costs or security therefor.

5.  The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 11th day of May, 2007.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE