IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

STUART LEE
ADC #113076                                                                                                   PLAINTIFF

V.                                        5:06V00272 JLH/JTR

CLEO SMITH, Administrator, RSVP,
Arkansas Department of Correction, et al.                                                       DEFENDANTS

**ORDER**

On August 22, 2007, Plaintiff, who is a prisoner proceeding *pro se* in this § 1983 action, filed a "Response to Defendants' Objections to Plaintiff's Request for Production of Documents." *See* docket entry #41. After reviewing that pleading, the Court concludes that it is more properly characterized as "Plaintiff's Motion to Compel Defendants to Respond to His July 12, 2007 Request for Production of Documents." The Clerk will be instructed to redocket the pleading accordingly.

Additionally, the Court notes that Plaintiff <u>filed</u> his July 12, 2007 Request for Production of Documents. *See* docket entry #38. The Federal Rules of Civil Procedure provide that discovery requests and responses are NOT to be filed with the Court – and, instead, should be sent DIRECTLY to the opposing counsel, along with a certificate of service[1]. In contrast, Motions to Compel and/or for Sanctions, pursuant to Fed. R. Civ. P. 37, and any necessary attachments will be accepted for filing.

---

[1] *See* Fed. R. Civ. P. 5(d) (providing that "the following discovery requests and responses must <u>not</u> be filed until they are used in the proceeding or the court orders filing: (i) depositions, (ii) interrogatories, (iii) requests for documents or to permit entry upon the land, and (iv) requests for admissions") (emphasis added); Local Rule 5.5(c)(2) (stating that "[a]ny party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure").

IT IS THEREFORE ORDERED THAT:

1.  The Clerk is directed to redocket "Plaintiff's Response to Defendants' Objections to Plaintiff's Request for Production of Documents" (docket entry #41) as "Plaintiff's Motion to Compel Defendants to Respond to His July 12, 2007 Request for Production of Documents."

2.  Defendants shall have **eleven days from the entry of this Order** to file a Response to Plaintiff's Motion to Compel Defendants to Respond to His July 12, 2007 Request for Production of Documents.

3.  Plaintiff is directed to refrain from filing any future discovery requests with the Court.

Dated this 23rd day of August, 2007.

_____
UNITED STATES MAGISTRATE JUDGE