# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

STUART LEE  
ADC #113076                                                                     PLAINTIFF

v.                        5:06V00272 JLH/JTR

CLEO SMITH, Administrator, RSVP,  
Arkansas Department of Correction; and  
DR. GWEN WRIGHT                            DEFENDANTS

## **ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Defendant's Motion for Summary Judgment (docket entry #50) is GRANTED, and this case is DISMISSED, WITH PREJUDICE.

2. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 8th day of April, 2008.

*/s/ J. Leon Holmes*  
UNITED STATES DISTRICT JUDGE